Filed 10/16/23  P. v. Robinson CA4/2

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

# IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## FOURTH APPELLATE DISTRICT

## DIVISION TWO

| | |
|---|---|
| THE PEOPLE, | |
| Plaintiff and Respondent, | E081530 |
| v. | (Super.Ct.No. RIF128568) |
| DESHAUWN ANTHONY ROBINSON, | OPINION |
| Defendant and Appellant. | |

APPEAL from the Superior Court of Riverside County.  John D. Molloy, Judge.
Dismissed.

Joanna McKim, under appointment by the Court of Appeal, for Defendant and
Appellant.

No appearance for Plaintiff and Respondent.

On February 11, 2010, a jury found defendant and appellant Deshauwn Anthony
Robinson guilty of deliberate and premeditated attempted murder (Pen. Code, §§ 187,

1

subd. (a), 664, subd. (a), count 1),[1] assault with a firearm (§ 245, subd. (a)(2), count 2), shooting at an occupied motor vehicle (§ 246, count 3), and gang participation (§ 186.22, subd. (b), count 4).[2] The jury additionally found true firearm (§§ 12022.5, subd. (a), 12022.53, subd. (c)) and gang enhancements (§ 186.22, subd. (b)) attached to counts 1 through 3. A prior serious felony enhancement (§ 667, subd. (a)), prior prison term enhancement (§ 667.5, subd. (b)), and prior strike conviction allegation (§§ 667, subds. (b)-(i)) were also found true. The court sentenced defendant to an indeterminate term of imprisonment of 66 years four months to life. (*Robinson*, *supra*, E052713.)[3]

On March 30, 2023, defendant filed a form petition for resentencing pursuant to section 1172.6. After a hearing on June 9, 2023, at which defendant was represented by counsel, the trial court denied the petition.

On appeal, defendant's appointed counsel has filed a brief pursuant to *People v. Delgadillo* (2022) 14 Cal.5th 216 (*Delgadillo*), setting forth a statement of the case and requesting that we exercise our discretion to independently review the record for error.

We gave defendant the opportunity to file a personal supplemental brief. We noted that if he did not do so, we could dismiss the appeal; nevertheless, he has not filed

---

[1] All further statutory references will be to the Penal Code.

[2] We take judicial notice of our prior opinion from defendant's appeal from the original judgment (*People v. Robinson* (Dec. 7, 2011, E052713) [nonpub. opn.]), which appellate counsel cites in his brief.

[3] On appeal from the judgment, this court modified defendant's sentence to a determinate term of 25 years, plus an indeterminate term of 30 years to life. (*Robinson*, *supra*, E052713.)

one.  Under these circumstances, we have no obligation to independently review the record for error.  (*Delgadillo*, *supra*, 14 Cal.5th. at pp. 224-231.)  Rather, we dismiss the appeal.  (*Id*. at pp. 231-232.)

## DISPOSITION

The appeal is dismissed.

NOT TO BE PUBLISHED IN OFFICIAL REPORTS

McKINSTER
Acting P. J.

We concur:

CODRINGTON
J.

RAPHAEL
J.